Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney General
was received by me on *(date)* April 7, 2022 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the U.S Attorney General by sending a copy of the summons and complaint by USPS Certified Mail to the U.S. Attorney General on April 8, 2022. Please see the attached USPS receipt and delivery confirmation which show that the summons and complaint were delivered on April 14, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 18, 2022

*Server's signature*

Makenzie Nohr, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street
Floor 18
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| Certified Mail Fee | $3.75 |
| --- | --- |
| | $3.05 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $8.95

Total Postage and Fees: $15.75

Postmark Here — 0355 — USPS MAS, WA 98607 — APR -8 2022 — 04/08/2022

Sent To: Merrick Garland, U.S. Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4®: Washington, D.C. 20530

PS Form 3800, April 2015

7021 2720 0003 1183 1617

**Tracking Number:** 70212720000311831617                                      Remove ✕

Your item was picked up at a postal facility at 4:48 am on April 14, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

April 14, 2022 at 4:48 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates 

---

Tracking History 

**April 14, 2022, 4:48 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:48 am on April 14, 2022 in WASHINGTON, DC 20530.

**April 13, 2022, 11:20 am**
Available for Pickup
WASHINGTON, DC 20530

**April 13, 2022, 9:03 am**
Arrived at Post Office
WASHINGTON, DC 20018

**April 13, 2022, 5:35 am**
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 12, 2022**
In Transit to Next Facility

**April 10, 2022, 2:34 pm**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**April 9, 2022, 12:51 am**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**April 8, 2022, 5:15 pm**
Departed Post Office
CAMAS, WA 98607

**April 8, 2022, 3:26 pm**
USPS in possession of item
CAMAS, WA 98607

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70212720000311831624

Your item was picked up at a postal facility at 4:48 am on April 14, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄