UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES UNION,

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

*Plaintiffs*,

v.

DEPARTMENT OF JUSTICE,

*Defendant*.

No. 22-cv-00940

---

[Proposed] ORDER

Upon consideration of the motion to admit Sarah Taitz to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated: 5/11/22

_____
United States District Judge