AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION et al. <br> *Plaintiff* <br> v. <br> DEPARTMENT OF JUSTICE <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-00940-RCL <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 05/13/2022

*Attorney's signature*

Sarah Taitz (NY: 5784285)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad St., Floor 18
New York, NY 10004
*Address*

staitz@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(212) 549-2654
*FAX number*