UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-0940 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 15, 2022, ECF No. 15, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's February 17, 2022, FOIA request seeking agency records from DOJ's Office of Legal Counsel relating to Executive Order 14064, issued by President Biden on February 11, 2022. Plaintiff requests "all OLC records—including but not limited to legal opinions, memoranda, advisories, guidance documents, and emails—relating to the decision to "freeze, consolidate, and potentially distribute Afghan funds." ECF No. 1 ¶ 23.

On May 31, 2022, Defendant informed Plaintiff that OLC has conducted an initial search of its non-email records systems and has identified a small number of potentially responsive records. Defendant has not yet completed the broad search of its email systems necessary to identify all records potentially responsive to the request as written. Defendant has proposed to Plaintiff a proposal to narrow the agency's search and review of such records. Plaintiff is

1

considering this proposal. Once an agreement on the scope of the agency's search and review is reached, Defendant intends to make an initial release of non-exempt, responsive material within 30 days. Because the agency's response is ongoing, the parties believe it is premature to set a schedule for the briefing of dispositive motions.

Based on the foregoing, the parties propose to submit a further Joint Status Report by August 1, 2022, to advise the Court of the status of the case and propose further proceedings as appropriate.

Dated:  June 1, 2022                                Respectfully submitted,

Brett Max Kaufman (D.C. Bar No. NY0224)
Sarah Taitz (admitted pro hac vice)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
202-601-4266
aspitzer@acludc.org

*Counsel for Plaintiffs*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
U.S. Attorney's Office, District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*