UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 22-0940 (RCL) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 3, 2022, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Justice ("DOJ") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's February 17, 2022, FOIA request seeking agency records from DOJ's Office of Legal Counsel ("OLC") relating to Executive Order 14064, issued by President Biden on February 11, 2022.  Plaintiff requests "all OLC records—including but not limited to legal opinions, memoranda, advisories, guidance documents, and emails—relating to the decision to "freeze, consolidate, and potentially distribute Afghan funds."  ECF No. 1 ¶ 23.

The parties have agreed that OLC would initially process responsive non-email records that the agency identified.  On July 8, 2022, the agency produced one document, totaling eight pages, with redactions based on FOIA Exemption 5 and the deliberative process privilege.  OLC advised Plaintiff that one document was referred to another federal agency for direct response to Plaintiff, and two documents would be processed by OLC pending consultation responses from

another federal agency. As stated in a prior status report, those documents were produced to Plaintiff and Plaintiff raised certain questions regarding them. A response has been provided to those questions, and the parties also are conferring regarding whether, and to what extent, OLC will search for other responsive electronic records, as well as the scope of any such search.

Based on the foregoing, the parties propose to submit a further Joint Status Report by January 26, 2023, to advise the Court of the status of the case and propose further proceedings as appropriate.

Dated: December 8, 2022                        Respectfully submitted,

_____/s/ Sarah Taitz_____
Brett Max Kaufman (D.C. Bar No. NY0224)
Sarah Taitz (admitted pro hac vice)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
202-601-4266
aspitzer@acludc.org

*Counsel for Plaintiffs*

MATTHEW M. GRAVES,
D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: \_\_\_\_\_/s/_____
JEREMY S. SIMON
D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*

3