UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-0940 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 5, 2023, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Justice ("DOJ") respectfully submit this Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's February 17, 2022, FOIA request seeking agency records from DOJ's Office of Legal Counsel ("OLC") relating to Executive Order 14064, issued by President Biden on February 11, 2022.  Plaintiff requests "all OLC records—including but not limited to legal opinions, memoranda, advisories, guidance documents, and emails—relating to the decision to "freeze, consolidate, and potentially distribute Afghan funds."  ECF No. 1 ¶ 23.

As stated in the March 9, 2023 status report, Plaintiffs do not have any outstanding issues with Defendant's response to the FOIA request and the sole remaining issue concerns the issue of attorneys' fees and costs.  On April 19, 2023, Plaintiffs provided a proposal on that issue for Defendant's consideration, and Defendant is still formulating a position in response.  Defendant expects to provide a response to Plaintiffs' proposal within the next two weeks. Accordingly, the

parties require additional time to attempt to resolve that issue without Court involvement and propose that they submit a Joint Status Report by September 6, 2023 to advise the Court of the status of the case and propose further proceedings as appropriate.

Dated:  July 18, 2023

Respectfully submitted,

 /s/ Sarah Taitz_____
Sarah Taitz (admitted pro hac vice)
Brett Max Kaufman (D.C. Bar No. NY0224)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
915 15th Street, NW – 2nd floor
Washington, DC 20005
202-601-4266
aspitzer@acludc.org

*Counsel for Plaintiffs*


MATTHEW M. GRAVES,
D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON
D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
Jeremy.Simon@usdoj.gov
Counsel for Defendant